COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-107-CV

IN THE INTEREST OF I.M., K.M.,

A.M., AND M.M., CHILDREN

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant V.M.’s “Motion To Dismiss Appeal.”  
It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal of appellant V.M.  
See 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).
  The appeal of appellant T.N. remains pending.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 25, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.